IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON BRAUN, JIM CUMMINS and STEPHANIE CARTER on behalf of themselves and all others similarly situated, : : : | No. 22-cv-4185-JMY |
| vs. : : | CONSOLIDATED ACTION: |
| PHILADELPHIA INQUIRER, LLC. : | |

## **ORDER**

AND NOW, this 13th day of November, 2023, upon consideration of the *motion to dismiss the consolidated class action complaint* (ECF No. 33) filed by the Philadelphia Inquirer, LLC, and all papers submitted in support thereof and in opposition thereto, it is hereby ORDERED that said Motion will be DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

  /s/ John Milton Young
Judge John Milton Younge