IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON BRAUN and STEPHANIE CARTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PHILADELPHIA INQUIRER, LLC,<br><br>Defendant. | Case No.: 2:22-cv-04185-JMY<br><br>CONSOLIDATED ACTION |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that attorney John A. Macoretta hereby withdraws his appearance previously entered on behalf of Plaintiffs in the above-captioned matter and should be removed from all service lists in this action. Plaintiffs will continue to be represented by other counsel of record, including Jeffrey L. Kodroff and Diana J. Zinser from the law firm of Spector Roseman & Kodroff, P.C.

Dated: September 13, 2024

Respectfully submitted,

/s/ *John A. Macoretta*
John A. Macoretta (SBN 60094)
Jeffrey L. Kodroff (SBN 55780)
Diana J. Zinser (SBN 203449)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496-0300
jkodroff@srkattorneys.com
dzinser@srkattorneys.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2024, a true and correct copy of the foregoing Notice of Withdrawal was filed and served on all counsel of record via ECF.

                                              s/ *John A. Macoretta*
                                              John A. Macoretta