IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BRAUN, JIM CUMMINS and STEPHANIE CARTER on behalf of herself and all others similarly situated, | : : : : : : : | No. 22-cv-4185-JMY |
| v. | | |
| PHILADELPHIA INQUIRER, LLC. | : | |

<u>Renunciation of Class Membership and Waiver of Related Claims</u>

The undersigned judicial officer, having received notice that he may be an eligible member of the class created by this action, hereby renounces any right to participate as a member of such class, and further waives any claims against Philadelphia Inquirer LLC, and its owners, that arise out of or relate to the conduct giving rise to this action. This is a limited waiver applicable to this case only, which does not waive liability as to any other potential matter involving Philadelphia Inquirer LLC, its owners, or any third party.

BY THE COURT:

<u>  /s/ John Milton Younge</u>
Judge John M. Younge